# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0178

_____

DYLAN LEE MANCILL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


April 2, 2026


PER CURIAM.

DENIED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Dylan Lee Mancill, pro se, Petitioner.

James Uthmeier, Attorney General and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.